COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
STITCH FIX, INC., KATRINA LAKE, PAUL YEE,
MIKE C. SMITH, STEVEN ANDERSON, J. WILLIAM
GURLEY, MARKA HANSEN, KIRSTEN LYNCH, and
SHARON MCCOLLAM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE CHAMBERLAIN, derivatively on behalf of STITCH FIX, INC., | Case No.: 19-cv-08127-JD |
| Plaintiff, | **JOINT STATUS UPDATE REGARDING STAY OF PROCEEDINGS AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** |
| v. | |
| KATRINA LAKE, PAUL YEE, MIKE C. SMITH, STEVEN ANDERSON, J. WILLIAM GURLEY, MARKA HANSEN, KIRSTEN LYNCH, and SHARON MCCOLLAM, | |
| Defendants. | |
| -and- | |
| STITCH FIX, INC., | |
| Nominal Defendant. | |

Pursuant to the Court's Order to Stay Derivative Action on January 31, 2020 (ECF No. 19), Plaintiff and Defendants in the above-captioned action (collectively, the "Parties") provide the following Joint Status Update regarding the securities class action captioned *In re Stitch Fix, Inc. Securities Litigation*., Case No.: 3:18-cv-06208-JD (the "Securities Litigation") and request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 23.1(c).

On January 29, 2020, the Parties filed a joint stipulation to stay the proceedings until (1) the Securities Litigation is dismissed with prejudice, and all appeals related thereto have been exhausted; or (2) the motion to dismiss the Securities Litigation is denied; or (3) either of the Parties gives ten (10) days' notice that they no longer consent to the stay.  The Parties also agreed to notify the Court, within fifteen (15) court days, of (1) the dismissal of the Securities Litigation with prejudice, and the exhaustion of all appeals related thereto; or (2) the denial of any motion to dismiss the Securities Litigation; or (3) either of the Parties giving notice that they no longer consent to the stay.  (ECF No. 18.)  The Court entered the stay stipulation on January 31, 2020.  (ECF No. 19.)

On September 20, 2021, the Securities Litigation was dismissed with prejudice.

On October 1, 2021, the Court in the Securities Litigation issued a judgment pursuant to Federal Rule of Civil Procedure 58 and closed the case.

On October 29, 2021, the plaintiff in the Securities Litigation filed a notice of appeal initiating an appeal in the Ninth Circuit, No. 21-16837.

On October 19, 2022, the Ninth Circuit issued a Memorandum affirming the dismissal with prejudice of the Securities Litigation.

On November 10, 2022, the Ninth Circuit issued a Mandate pursuant to Federal Rule of Appellate Procedure 41(a) giving effect to the Ninth Circuit's Memorandum.

The plaintiff in the Securities Litigation did not file a petition for a writ of certiorari by January 17, 2023, the deadline set by Supreme Court Rule 13.

As such, the Parties hereby notify the Court that (1) the Securities Litigation has been dismissed with prejudice, and all appeals related thereto have been exhausted; and (2) in light thereof, the Parties agree that this derivative action should be dismissed without prejudice and with each party to bear its own costs.

1   Dated:  February 7, 2023                    **COOLEY LLP**

2

3                                               */s/ Patrick E. Gibbs*
                                                Patrick E. Gibbs (183174)

4                                               *Attorneys for Defendants*

5                                               STITCH FIX, INC., KATRINA LAKE, PAUL YEE,
                                                MIKE C. SMITH, STEVEN ANDERSON, J.
6                                               WILLIAM GURLEY, MARKA HANSEN,
                                                KIRSTEN LYNCH, and SHARON MCCOLLAM

7
    Dated:  February 7, 2023                    **GREEN & NOBLIN, P.C.**
8

9

10                                              */s/ Robert S. Green*
                                                Robert S. Green
11                                              James Robert Noblin
                                                2200 Larkspur Landing Circle, Suite 101
12                                              Larkspur, CA 94939
                                                Telephone: (415) 477-6700
13                                              Facsimile: (415) 477-6710
                                                Email: gnecf@classcounsel.com

14                                              **THE BROWN LAW FIRM, P.C.**
                                                Timothy Brown
15                                              240 Townsend Square
                                                Oyster Bay, NY 11771
16                                              Telephone: (516) 922-5427
                                                Facsimile: (516) 344-6204
17                                              Email: tbrown@thebrownlawfirm.net

18                                              *Attorneys for Plaintiff*

19                                              JUDE CHAMBERLAIN

20                                                    * * *

21                                              **ORDER**

22          IT IS SO ORDERED.

23   Dated:  February 15, 2023
                                                _____
24                                              HONORABLE JAMES DONATO
                                                UNITED STATES DISTRICT COURT
25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **RULE 5-1 ATTESTATION**

I, Patrick E. Gibbs, am the ECF user whose ID and password are being used to file this Joint Status Update Regarding Stay of Proceedings and [Proposed] Order of Voluntary Dismissal.   In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that the above signatories have concurred in this filing.

Dated:  February 7, 2023

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs (183174)